**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LISA ANN LIEBERMAN,

                Plaintiff,                       19 **CIVIL** 2870(NSR)(AEK)

      -v-                                           **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order and Opinion dated March 7, 2024, the Court adopts MJ Krause's R &

R in its entirety. The Court GRANTS Plaintiff's motion to the extent of remanding the matter

back to the agency for further administrative proceedings pursuant to sentence four of Section

405(g) and not solely for the calculation of benefits and DENIES the Commissioner's motion.

**Dated:**  New York, New York

      March 7, 2024

                                   **RUBY J. KRAJICK**
                                    **Clerk of Court**

                      **BY:**  _____
                                     **Deputy Clerk**