**MEMO ENDORSED**

CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax: (631) 929-1700
    CJB-8865
Attorney for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LISA LIEBERMAN,                                     :    NOTICE OF
                                                    :    FOR ATTORNEYS FEES
             Plaintiff,              :    PURSUANT TO
                                                    :    28 U.S.C. § 2412
                                                    :
    -against-                                      :    7:19 Civ.2870 (NSR)(AEK)
                                                    :
MARTIN J. O'MALLEY,                                 :
COMMISSIONER OF SOCIAL SECURITY,                    :
                                                    :
             Defendant.              :
------------------------------------X

    PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated March 23, 2024, plaintiff will move this Court before Honorable Nelson S. Roman, United States District Court Judge presiding, at the United States Courthouse, Southern District of New York, 300 Quarropas Street, White Plains, New York, on submission, for an order, on submission, for an order:

    (1)  Accepting plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

    (2)  Granting plaintiff leave to defer filing a memorandum of law in support of her application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of the fee issue; and

    (3)  for such other and further relief as this Court may deem just and proper.

Dated:    Shoreham, New York
           March 23, 2024

                                        Respectfully submitted,

                                        */s/Christopher James Bowes*
                                        CHRISTOPHER JAMES BOWES, ESQ.
                                        54 Cobblestone Drive
                                        Shoreham, New York 11786
                                        Tel.: (212) 979-7575
                                        Fax:  (631) 979-1700
                                        CJB-8865
                                        Attorney for Plaintiff

To:  Elizabeth Kim, Esq.
      Assistance United States Attorney
      86 Chambers Street, 3rd Floor
      New York, NY 10007
      Attorneys for Defendant

**Plaintiff's request is GRANTED. Plaintiff shall file her memorandum of law in support of her application for fees on or before May 26, 2024.  The Commissioner shall file a response to Plaintiff's motion on or before June 17, 2024. The Clerk of the Court is directed to terminate the motion at ECF No. 45.**

**Dated: March 27, 2024**
      **White Plains, NY**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE